General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

*Nora George King on behalf of (sealed) (see listed on sealed exhibit A)*
List the full name of each plaintiff in this action.

Case Number : _____

VS.

*Matthew Kyle King, and Sandra Lee McCain King (other conspirators)*
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

      _____
      _____
      _____

C.  Results of the conference with counsel:

_____
_____
_____

II. List previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    √  Yes    ___ No

B.  If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

   1.  Approximate file date of lawsuit: *June 4, 2018*

   2.  Parties to previous lawsuit(s):

       Plaintiff *Nara George King*
       Defendant *NARA GEORGE KING of TEXAS & U.S. D. of C.*

   Attach a separate piece of paper for additional plaintiffs or defendants.

   3.  Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

       _____

   4.  Docket number in other court. *18-41195 BANKRUPTCY*
       *(see next page)*

   5.  Name of judge to whom the case was assigned.
       _____

   6.  Disposition: Was the case dismissed, appealed or still pending?
       _____

   7.  Approximate date of disposition. _____

III. Parties to this suit:

A. List the full name and address of each plaintiff: Nara George King on behalf

Pla #1 Evan William King (SEALED), 13 y.o. 6805 Lebanon Rd. #138 in Frisco Texas 75034

Pla #2 Art Alexandr Keheyan (sealed) 65 Thetford Dr. Dorchester, MA (SEALED)

Pla #3 all others, including desist S.K., J.K.B.K.

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Matthew Kyle King (AUG 27-1974) see below, work at "Next Step Orthopedics" in McKinney TX Res. 6805 Lebanon Rd #138, Frisco, Texas 75034

Dft #2: Sandra Lee McCain King, retired dishonorably, Residing at 3930 County Road 315, Oglesby, Texas 76561

Dft #3 Next Step Orthopedics 8865 Synergy Drive #101 McKinney Texas 75070

Attach a separate sheet for additional parties.

3 OF 30

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

1) In collusion with "handlers", lawyers and judges, using deseption an atrition tactics, took my son E.K. from me in Denton Co. 16th District court, by 90% of my life with my son, causing irreparable harm by desscisen, breaking of unbreakable bond between us, and subjected both of us (and the half-sibling) to torture, torment, indignities, and poverty, sinse September 19-2008 divorse.

2) My son was taken 4 hours-away from me, to be held hostage by force, for 6 weeks, in June-July 2011, to a horrid place, at only 6 y.o., without anything or anyone he knew.

3) This caused many traumas, health, and psychological harm, to both of us, but this abuse and harm continues to date, despite my constant and continued effort to get my son back. See other papers for more info.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

1) i pray for immediate restoration of my son in my possession, as his very life is in grave danger.

2) i pray for criminal kidnappers, traffickers, and money laundering violent controlling abusers to be thoroughly investigated and punished for multiplicity of their crimes.

Signed this **ninth** day of **June** (Month), 20**18** (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: **June 9th, 2018**
Date

Nara George King, signing for multiple Harmed and desist family.
Signature of each plaintiff