# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NARA GEORGE KING | § § | |
| v. | § | Civil Action No. 4:18-CV-423 |
| MATTHEW KYLE KING, ET AL. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 23, 2019, the report of the Magistrate Judge (Dkt. #27) was entered containing proposed findings of fact and recommendations that Plaintiff Nara George King's case be dismissed for lack of subject matter jurisdiction.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff Nara George King's case is **DISMISSED WITHOUT PREJUDICE**. All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this the 25th day of February, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE